1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                           EASTERN DISTRICT OF CALIFORNIA
8

9

CYNTHIA A. SCHMIDT,                          No. 2:20-CV-02336 TLN CKD PS
10

                    Plaintiff,              **ORDER ON UNOPPOSED REQUEST TO
11                                          EXTEND UNITED STATES' RESPONSE
                                            DEADLINE TO PLAINTIFF'S
       v.                                   COMPLAINT AND TO VACATE AND
12                                          CONTINUE STATUS (PRETRIAL
                                            SCHEDULING) CONFERENCE**
INTERNAL REVENUE SERVICE,
13

14
                    Defendant.
15

16        Pursuant to the "Unopposed Request to Extend United States' Response Deadline to

17  Plaintiff's Complaint and to Vacate and Continue Status (Pretrial Scheduling) Conference" filed

18  by Defendant, the United States of America, and for good cause shown, it is hereby ORDERED

19  that (1) the United States' deadline to answer, move, or otherwise respond to Plaintiff's

20  Complaint is extended to June 24, 2021, and (2) the Status (Pretrial Scheduling) Conference

21  currently set for May 19, 2021 is **VACATED** and will be **RESET** by further Court order.

22        IT IS SO ORDERED.

23  Dated:  March 26, 2021

24                                          _____
                                            CAROLYN K. DELANEY
25                                          UNITED STATES MAGISTRATE JUDGE

26

27  8
    schmidt.20cv2336.eot
28

                                            1