DAVID A. HUBBERT
Acting Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. SCHMIDT,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | No. 2:20-CV-02336-TLN-CKD PS<br><br>**[~~PROPOSED~~ ORDER] ON UNOPPOSED SECOND REQUEST TO EXTEND UNITED STATES' RESPONSE DEADLINE TO PLAINTIFF'S COMPLAINT** |

Pursuant to the "Unopposed Second Request to Extend United States' Response Deadline to Plaintiff's Complaint" filed by Defendant, the United States of America, and for good cause shown, it is hereby ORDERED that the United States' deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to July 26, 2021.

IT IS SO ORDERED.

Dated: June 28, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.20cv2336.eot2